# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 19-20796-CMB** |
| **Anthony G. Fisher** | ) | **Chapter 13** |
| **Hazel C. Fisher** | ) | **Doc No. ___** |
|    **Debtors** | ) | |
| **Anthony G. Fisher** | ) | |
| **Hazel C. Fisher** | ) | |
|    **Movants** | ) | |
|       v. | ) | |
| **M & T Bank** | | |
|    **Respondent** | ) | |

### CERTIFICATE OF SERVICE FOR DEBTORS
### COVER SHEET, AMENDED SCHEDULE F,
### CHAPTER 13 MOC NOTICE, AND TEXT ORDER

I, Bryan P. Keenan, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **May 13, 2019.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail.**

**1.) Service by Electronic Mail--**
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

**1.) Service by First Class Mail--**
a. **M & T Bank, P.O Box 1288, Baltimore, MD 21264**

Executed on: May 13, 2019          **/s/ Bryan P. Keenan**
                                              Bryan P. Keenan, PA ID No. 89053
                                              Bryan P. Keenan & Associates P.C.
                                              Attorney for Debtor
                                              993 Greentree Road, Suite 101
                                              Pittsburgh, PA 15220
                                              (412) 922-5116
                                              keenan662@gmail.com