**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 19-20796-CMB** |
| **Anthony G. Fisher** | ) | **Chapter 13** |
| **Hazel C. Fisher** | ) | |
| **Debtor** | ) | **Doc No.** |
| **Anthony G. Fisher** | ) | |
| **Hazel C. Fisher** | ) | |
| **Movant** | ) | **Related to Claim No. 24-1** |
| vs | ) | **Response Date: August 7, 2019** |
| **LVNV Funding LLC** | ) | **Hearing Date: September 11, 2019** |
| **Respondent** | ) | **At 11:00 a.m.** |

**CERTIFICATION OF NO OBJECTION RE:
DEBTOR'S OBJECTION TO CLAIM OF LVNV FUNDING, LLC**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on **July 22, 2019** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **August 7, 2019.**

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

**Executed on: August 9, 2019**            **/s/Bryan P. Keenan**
                                            Bryan P. Keenan, PA ID No. 89053
                                            Bryan P. Keenan & Associates P.C.
                                            Attorney for Debtor
                                            993 Greentree Road, Suite 101
                                            Pittsburgh, PA 15220
                                            (412) 922-5116
                                            keenan662@gmail.com