# UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | **Bankruptcy No. 19-20796-CMB** |
| Anthony G. Fisher | ) | Chapter 13 |
| Hazel C. Fisher | ) | |
|    Debtor | ) | Doc No. |
| Anthony G. Fisher | ) | |
| Hazel C. Fisher | ) | |
|    Movant | ) | **Related to Claim No. 24-1** |
| vs | ) | |
| LVNV Funding LLC | ) | |
|    Respondent | ) | |

## CERTIFICATE OF SERVICE OF ORDER ON DEBTOR'S
## OBJECTION TO CLAIM OF LVNV FUNDING LLC

I, Bryan P. Keenan, Esquire , certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on: August 13, 2019.

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail.**

**1.) Service by Electronic Notification** --
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

**2.) Service by First Class Mail--**
a. Resurgent Capital Services c/o Latoya McDowell P.O. Box 10587, Greenville, SC 29603-0587
b. LVNV Funding, LLC, c/o Tony M. Ettinger, CEO 700 Executive Center Drive # 300, Greenville, SC 29615

Executed on: August 13, 2019
                                          **/s/Bryan P. Keenan**
                                          Bryan  P. Keenan, PA ID No. 89053
                                          Bryan  P. Keenan  & Associates P.C.
                                          Attorney for Debtor
                                          993 Greentree Road, Suite 101
                                          Pittsburgh, PA 15220
                                          (412) 922-5116
                                          keenan662@gmail.com