IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 19-20796-CMB |
| Anthony G. Fisher | ) | Chapter 13 |
| Hazel C. Fisher | ) | |
|    Debtor | ) | Related to: Document No. 37 |
| Anthony G. Fisher | ) | |
| Hazel C. Fisher | ) | **ENTERED BY DEFAULT** |
|    Movant | ) | |
| vs | ) | |
| LVNV Funding LLC | ) | |
|    Respondent | ) | |

ORDER OF COURT ON
DEBTOR'S OBJECTION TO CLAIM OF
LVNV FUNDING LLC

And now this  12th day of August,     2019, upon consideration of the within Motion, it is hereby, **ORDERED, ADJUDGED AND DECREED** that the claim of the Respondent, LVNV Funding LLC  docketed at Claim Number 24-1 on the claims registry be disallowed in its entirety.

**IT IS FURTHER ORDERED** that the Chapter 13 Trustee shall make no distribution in connection with THE disallowed claim of the Respondent  LVNV Funding LLC,  in the amount of $5,730.50 docketed at 24-1 on the claims registry.

*Carlota M. Böhm* glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
8/12/19 11:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 19-20796-CMB
Anthony G. Fisher                                                   Chapter 13
Hazel C. Fisher
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: gamr                  Page 1 of 1                  Date Rcvd: Aug 12, 2019
                               Form ID: pdf900             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2019.
db/jdb         +Anthony G. Fisher,    Hazel C. Fisher,    513 Ocala Street,    East Mc Keesport, PA 15035-1215

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2019 at the address(es) listed below:
              Bryan P. Keenan    on behalf of Joint Debtor Hazel C. Fisher keenan662@gmail.com,
               melindap662@gmail.com
              Bryan P. Keenan    on behalf of Debtor Anthony G. Fisher keenan662@gmail.com,
               melindap662@gmail.com
              James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 7