IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

ANTHONY G. FISHER  CASE NO. 19-20796-CMB
HAZEL C. FISHER,
    Debtor(s).  Chapter 13

RONDA J. WINNECOUR, TRUSTEE,  Related to Doc. 20
    Movant(s),

## STIPULATED ORDER MODIFYING CHAPTER 13 PLAN

WHEREAS, Debtors filed a Chapter 13 Plan on March 25, 2019 at Doc. No. 20, which mistakenly identified the mortgage creditor as Wells Fargo Bank;

NOW, THEREFORE, the parties, consisting of the Debtor and Trustee, to resolve the misidentification and to properly identify the mortgage creditor, agree as follows:

> WHEREAS the Chapter 13 Plan filed on March 25, 2019 at Doc. No. 20 identified the mortgage creditor as Wells Fargo Bank; and,
>
> WHEREAS the correct mortgage creditor is Lakeview Loan Servicing, LLC, who filed Proof of Claim 35 on May 10, 2019, which Proof of Claim governs pursuant to the confirmation order of October 10, 2019 at Doc. No. 43; and,
>
> WHEREAS no transfer of proof of claim or proof of assignment has been filed between Wells Fargo and Lakeview,
>
> THEREFORE, Wells Fargo is deleted from the Chapter 13 Plan as having been listed in error, and the correct mortgage is Lakeview Loan Servicing, whose Claim 35 controls per the confirmation order of October 10, 2019.

So ORDERED, this _____ day of _____, 20_____.

_____
U.S. Bankruptcy Judge

AGREED TO:

/s/ Katherine M. DeSimone
Katherine M. DeSimone, Esquire,
PA I.D. 42575
Attorney for Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant St.
Pittsburgh, PA 15219
(412) 471-5566
E-mail: kdesimone@chapter13trusteewdpa.com
Attorney for Trustee

/s/ Bryan P. Keenan
Bryan P. Keenan, Esquire
PA I.D. No. 89053
Bryan P. Keenan & Associates, P.C.
993 Greentree Road, Suite 101
Pittsburgh, PA 15220
Phone: 412-922-5116
E-Mail: keenan662@gmail.com
Attorney for Debtor(s)