**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

ANTHONY G. FISHER                    CASE NO. 19-20796-CMB
HAZEL C. FISHER,
      Debtor(s).                         Chapter 13

RONDA J. WINNECOUR, TRUSTEE,         Related to Doc. 20
      Movant(s),


**STIPULATED ORDER MODIFYING CHAPTER 13 PLAN**

    WHEREAS, Debtors filed a Chapter 13 Plan on March 25, 2019 at Doc. No. 20, which mistakenly identified the mortgage creditor as Wells Fargo Bank;

    NOW, THEREFORE, the parties, consisting of the Debtor and Trustee, to resolve the misidentification and to properly identify the mortgage creditor, agree as follows:

        WHEREAS the Chapter 13 Plan filed on March 25, 2019 at Doc. No. 20 identified the mortgage creditor as Wells Fargo Bank; and,

        WHEREAS the correct mortgage creditor is Lakeview Loan Servicing, LLC, who filed Proof of Claim 35 on May 10, 2019, which Proof of Claim governs pursuant to the confirmation order of October 10, 2019 at Doc. No. 43; and,

        WHEREAS no transfer of proof of claim or proof of assignment has been filed between Wells Fargo and Lakeview,

        THEREFORE, Wells Fargo is deleted from the Chapter 13 Plan as having been listed in error, and the correct mortgage is Lakeview Loan Servicing, whose Claim 35 controls per the confirmation order of October 10, 2019.

So ORDERED, this __13th__ day of _____May_____, 20_20_.

FILED
5/13/20 12:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

                    _Carlota M. Böhm_    glb
                    Carlota M. Böhm
                    Chief United States Bankruptcy Judge

AGREED TO:

/s/ Katherine M. DeSimone
Katherine M. DeSimone, Esquire,
PA I.D. 42575
Attorney for Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant St.
Pittsburgh, PA 15219
(412) 471-5566
E-mail: kdesimone@chapter13trusteewdpa.com
Attorney for Trustee

/s/ Bryan P. Keenan
Bryan P. Keenan, Esquire
PA I.D. No. 89053
Bryan P. Keenan & Associates, P.C.
993 Greentree Road, Suite 101
Pittsburgh, PA 15220
Phone: 412-922-5116
E-Mail: keenan662@gmail.com
Attorney for Debtor(s)

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Anthony G. Fisher
Hazel C. Fisher
       Debtors

Case No. 19-20796-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2       User: gamr       Page 1 of 1       Date Rcvd: May 13, 2020
                        Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2020.
db/jdb         +Anthony G. Fisher,    Hazel C. Fisher,    513 Ocala Street,    East Mc Keesport, PA 15035-1215

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2020                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2020 at the address(es) listed below:
      Bryan P. Keenan    on behalf of Joint Debtor Hazel C. Fisher keenan662@gmail.com,
       melindap662@gmail.com
      Bryan P. Keenan    on behalf of Debtor Anthony G. Fisher keenan662@gmail.com,
       melindap662@gmail.com
      James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
      Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
       jbluemle@bernsteinlaw.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
       srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                           TOTAL: 7