# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

05/21/2020

IN RE:

| | |
|---|---|
| ANTHONY G. FISHER | Case No.19-20796 CMB |
| HAZEL C. FISHER | |
| 513 OCALA STREET | Chapter 13 |
| EAST MCKEESPORT, PA 15035 | |
| XXX-XX-3247        Debtor(s) | |
| XXX-XX-4117 | |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee′s final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

5/21/2020

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:1   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.:  6597 |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  GAP CARD/PRAE | |

| | | |
|---|---|---|
| **S JAMES WALLACE ESQ** | Trustee Claim Number:2   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| 845 NORTH LINCOLN AVE | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15233 | COMMENT:  PEOPLES/PRAE | |

| | | |
|---|---|---|
| **KERI P EBECK ESQ** | Trustee Claim Number:3   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| BERNSTEIN-BURKLEY | Court Claim Number: | ACCOUNT NO.: |
| 707 GRANT STREET | | |
| SUITE 2200 GULF TOWER | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  DUQ LITE/PRAE | |

| | | |
|---|---|---|
| **SANTANDER CONSUMER USA\*\*** | Trustee Claim Number:4   INT %: 6.00% | CRED DESC:  VEHICLE |
| PO BOX 560284 | Court Claim Number:8 | ACCOUNT NO.:  8795 |
| | CLAIM:  6,187.80 | |
| DALLAS, TX  75356 | COMMENT:  $CL8GOV@6%/PL\*910CLM/PL\*6%/CL FACE\*FR GATEWAY ONE-DOC 50 | |

| | | |
|---|---|---|
| **NAVY FEDERAL CREDIT UNION\*** | Trustee Claim Number:5   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN: BANKRUPTCY DEPT\* | Court Claim Number:2 | ACCOUNT NO.:  5071 |
| POB 3000\* | | |
| | CLAIM:  8,582.55 | |
| MERRIFIELD, VA  22119 | COMMENT:  SEC/SCH\*CREDIT CARD | |

| | | |
|---|---|---|
| **WELLS FARGO BANK** | Trustee Claim Number:6   INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEI |
| 1000 BLUE GENTIAN RD | Court Claim Number: | ACCOUNT NO.:  7066 |
| | CLAIM:  0.00 | |
| EAGAN, MN  55121 | COMMENT:  RMVD/AMD SCH D | |

| | | |
|---|---|---|
| **AFFIRM FINANCING LOAN++** | Trustee Claim Number:7   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 720 | Court Claim Number: | ACCOUNT NO.:  YTSR |
| | CLAIM:  0.00 | |
| SAN FRANCISCO, CA  94104 | COMMENT: | |

| | | |
|---|---|---|
| **AFFIRM FINANCING LOAN++** | Trustee Claim Number:8   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 720 | Court Claim Number: | ACCOUNT NO.:  MW54 |
| | CLAIM:  0.00 | |
| SAN FRANCISCO, CA  94104 | COMMENT: | |

| | | |
|---|---|---|
| **AFFIRM FINANCING LOAN++** | Trustee Claim Number:9   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 720 | Court Claim Number: | ACCOUNT NO.:  TUFN |
| | CLAIM:  0.00 | |
| SAN FRANCISCO, CA  94104 | COMMENT: | |

| | | |
|---|---|---|
| **AFFIRM FINANCING LOAN++** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 720 | Court Claim Number: | ACCOUNT NO.:  QBFC |
| | CLAIM:  0.00 | |
| SAN FRANCISCO, CA  94104 | COMMENT: | |

CLAIM RECORDS

| | | |
|---|---|---|
| **AFFIRM FINANCING LOAN++** | Trustee Claim Number:11 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 720 | Court Claim Number: | ACCOUNT NO.: K2JF |
| | CLAIM: 0.00 | |
| SAN FRANCISCO, CA 94104 | COMMENT: | |
| **AFFIRM FINANCING LOAN++** | Trustee Claim Number:12 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 720 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| SAN FRANCISCO, CA 94104 | COMMENT: | |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI** | Trustee Claim Number:13 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:6 | ACCOUNT NO.: 8521 |
| | CLAIM: 3,063.50 | |
| CHARLOTTE, NC 28272-1083 | COMMENT: | |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI** | Trustee Claim Number:14 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:4 | ACCOUNT NO.: 6092 |
| | CLAIM: 761.92 | |
| CHARLOTTE, NC 28272-1083 | COMMENT: | |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI** | Trustee Claim Number:15 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:5 | ACCOUNT NO.: 7310 |
| | CLAIM: 510.42 | |
| CHARLOTTE, NC 28272-1083 | COMMENT: | |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN** | Trustee Claim Number:16 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:21 | ACCOUNT NO.: 5195 |
| | CLAIM: 2,242.13 | |
| KIRKLAND, WA 98083-0788 | COMMENT: GIANT EAGLE | |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN** | Trustee Claim Number:17 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:22 | ACCOUNT NO.: 1130 |
| | CLAIM: 993.98 | |
| KIRKLAND, WA 98083-0788 | COMMENT: GIANT EAGLE | |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN** | Trustee Claim Number:18 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:20 | ACCOUNT NO.: 0086 |
| | CLAIM: 690.36 | |
| KIRKLAND, WA 98083-0788 | COMMENT: VICTORIA'S SECRET | |
| **COMENITY BANK** | Trustee Claim Number:19 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 182272 | Court Claim Number: | ACCOUNT NO.: 6438 |
| | CLAIM: 0.00 | |
| COLUMBUS, OH 43218 | COMMENT: NT ADR~VCTR SCRT/SCH | |
| **COMENITY BANK** | Trustee Claim Number:20 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 182272 | Court Claim Number: | ACCOUNT NO.: 4220 |
| | CLAIM: 0.00 | |
| COLUMBUS, OH 43218 | COMMENT: NT ADR~NO$~TIGRED/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **CREDIT FIRST NA*** | Trustee Claim Number:21 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| BK 13 CREDIT OPERATIONS* | Court Claim Number:19 | ACCOUNT NO.: 4117 |
| POB 818011* | | |
| | CLAIM: 1,415.17 | |
| CLEVELAND, OH 44181-8011 | COMMENT: 7737/SCH*FIRESTONE | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:22 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:17 | ACCOUNT NO.: 6076 |
| PO BOX 10587 | | |
| | CLAIM: 1,499.36 | |
| GREENVILLE, SC 29603-0587 | COMMENT: CREDIT ONE BANK | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:23 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:18 | ACCOUNT NO.: 4840 |
| PO BOX 10587 | | |
| | CLAIM: 822.49 | |
| GREENVILLE, SC 29603-0587 | COMMENT: CREDIT ONE BANK | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:24 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:16 | ACCOUNT NO.: 0697 |
| PO BOX 10587 | | |
| | CLAIM: 504.92 | |
| GREENVILLE, SC 29603-0587 | COMMENT: CREDIT ONE BANK | |

| | | |
|---|---|---|
| **EOS CCA** | Trustee Claim Number:25 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| CORP HEADQUARTERS | Court Claim Number: | ACCOUNT NO.: 0794 |
| 700 LONGWATER DR | | |
| | CLAIM: 0.00 | |
| NORWELL, MA 02061 | COMMENT: VERIZON/SCH | |

| | | |
|---|---|---|
| **FIRST NATIONAL BANK OF OMAHA(*)** | Trustee Claim Number:26 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 1620 DODGE ST STOP 3106* | Court Claim Number:1 | ACCOUNT NO.: 5261 |
| | CLAIM: 1,013.80 | |
| OMAHA, NE 68197-3106 | COMMENT: 0926/SCH | |

| | | |
|---|---|---|
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA** | Trustee Claim Number:27 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O JEFFERSON CAPITAL SYSTEMS LLC* | Court Claim Number:11 | ACCOUNT NO.: 1522 |
| PO BOX 772813 | | |
| | CLAIM: 936.90 | |
| CHICAGO, IL 60677-2813 | COMMENT: REF 3478533029 | |

| | | |
|---|---|---|
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA** | Trustee Claim Number:28 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O JEFFERSON CAPITAL SYSTEMS LLC* | Court Claim Number:12 | ACCOUNT NO.: 1038 |
| PO BOX 772813 | | |
| | CLAIM: 899.29 | |
| CHICAGO, IL 60677-2813 | COMMENT: REF 3478533062 | |

| | | |
|---|---|---|
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA** | Trustee Claim Number:29 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O JEFFERSON CAPITAL SYSTEMS LLC* | Court Claim Number:10 | ACCOUNT NO.: 8218 |
| PO BOX 772813 | | |
| | CLAIM: 522.30 | |
| CHICAGO, IL 60677-2813 | COMMENT: REF 3478513125 | |

| | | |
|---|---|---|
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA** | Trustee Claim Number:30 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O JEFFERSON CAPITAL SYSTEMS LLC* | Court Claim Number:9 | ACCOUNT NO.: 0140 |
| PO BOX 772813 | | |
| | CLAIM: 701.25 | |
| CHICAGO, IL 60677-2813 | COMMENT: REF 3478532945 | |

| | | |
|---|---|---|
| **CAPITAL ONE NA\*\*** | Trustee Claim Number:31 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O BECKET & LEE LLP | Court Claim Number:26 | ACCOUNT NO.:  1263 |
| PO BOX 3001 | | |
| | CLAIM:  655.98 | |
| MALVERN, PA  19355-0701 | COMMENT:  KOHL'S | |

| | | |
|---|---|---|
| **CAPITAL ONE NA\*\*** | Trustee Claim Number:32 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O BECKET & LEE LLP | Court Claim Number:23 | ACCOUNT NO.:  3483 |
| PO BOX 3001 | | |
| | CLAIM:  559.43 | |
| MALVERN, PA  19355-0701 | COMMENT:  KOHL'S | |

| | | |
|---|---|---|
| **MERRICK BANK** | Trustee Claim Number:33 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS\*\* | Court Claim Number: | ACCOUNT NO.:  2637 |
| POB 10368 | | |
| | CLAIM:  0.00 | |
| GREENVILLE, SC  29603-0368 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **MERRICK BANK** | Trustee Claim Number:34 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS\*\* | Court Claim Number: | ACCOUNT NO.:  5433 |
| POB 10368 | | |
| | CLAIM:  0.00 | |
| GREENVILLE, SC  29603-0368 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:35 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:34 | ACCOUNT NO.:  4258 |
| PO BOX 10587 | | |
| | CLAIM:  2,307.01 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  COMENITY CAPITAL BANK/PAYPAL CREDIT\*FR SYNCHRONY BANK-DOC 46 | |

| | | |
|---|---|---|
| **PAYPAL CREDIT++** | Trustee Claim Number:36 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 105658 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| ATLANTA, GA  30348-5658 | COMMENT: | |

| | | |
|---|---|---|
| **PRA AG FUNDING LLC** | Trustee Claim Number:37 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O PORTFOLIO RECOVERY ASSOC | Court Claim Number: | ACCOUNT NO.: |
| 120 CORPORATE BLVD STE 100 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23502 | COMMENT:  NO$~DICKS/SCH | |

| | | |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:38 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:27 | ACCOUNT NO.:  9707 |
| | CLAIM:  387.33 | |
| NORFOLK, VA  23541 | COMMENT:  SYNCHRONY BANK~AMAZON | |

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:39 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number:30 | ACCOUNT NO.:  2520 |
| PO BOX 41031 | | |
| | CLAIM:  181.58 | |
| NORFOLK, VA  23541 | COMMENT:  BANANA REPUBLIC/GEMB/GECRB | |

| | | |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:40 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:31 | ACCOUNT NO.:  7517 |
| | CLAIM:  1,574.87 | |
| NORFOLK, VA  23541 | COMMENT:  SYNCH BANK~CARE CREDIT | |

| | | |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:41  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:25 | ACCOUNT NO.:  8519 |
| | CLAIM:  687.56 | |
| NORFOLK, VA  23541 | COMMENT:  SYNCHRONY BANK~GAP/SCH*PAYPAL EXTRAS MC | |
| **SYNCHRONY BANK** | Trustee Claim Number:42  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number:29 | ACCOUNT NO.:  6597 |
| PO BOX 41031 | | |
| | CLAIM:  154.62 | |
| NORFOLK, VA  23541 | COMMENT:  GAP CARD/GEMB/GECRB | |
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:43  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:33 | ACCOUNT NO.:  5979 |
| | CLAIM:  1,815.18 | |
| NORFOLK, VA  23541 | COMMENT:  SYNCH BANK~WALMART | |
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:44  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:32 | ACCOUNT NO.:  7720 |
| | CLAIM:  380.89 | |
| NORFOLK, VA  23541 | COMMENT:  SYNCH BANK~WALMART | |
| **US DEPARTMENT OF EDUCATION** | Trustee Claim Number:45  INT %:  0.00% | CRED DESC:  UNSECURED   (S) |
| NATIONAL PAYMENT CENTER | Court Claim Number:36 | ACCOUNT NO.:  3247 |
| PO BOX 790336 | | |
| | CLAIM:  0.00 | |
| ST LOUIS, MO  63179-0336 | COMMENT:  PMT/PL*753.41X60+2=LMT*63970.57/CL*9149/SCH*DK!*TIMELY | |
| **UPMC HEALTH SERVICES** | Trustee Claim Number:46  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DCM SERVICES/BANKRUPTCY | Court Claim Number:13 | ACCOUNT NO.:  3247 |
| PO BOX 1123 | | |
| | CLAIM:  150.00 | |
| MINNEAPOLIS, MN  55440 | COMMENT:  NO ACCT/SCH | |
| **ECMC(*)** | Trustee Claim Number:47  INT %:  0.00% | CRED DESC:  UNSECURED   (S) |
| LOCKBOX #8682 | Court Claim Number:7 | ACCOUNT NO.:  4117 |
| PO BOX 16478 | | |
| | CLAIM:  0.00 | |
| ST PAUL, MN  55116-0478 | COMMENT:  PMT/PL*121.86X60+2=LMT*12669.73/CL*3262~US DEPT OF ED/SCH-PL*DK! | |
| **USAA FEDERAL SAVINGS BANK** | Trustee Claim Number:48  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 10750 MCDERMOTT FWY | Court Claim Number: | ACCOUNT NO.:  7468 |
| | CLAIM:  0.00 | |
| SAN ANTONIO, TX  78288-0596 | COMMENT: | |
| **USAA FEDERAL SAVINGS BANK** | Trustee Claim Number:49  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 10750 MCDERMOTT FWY | Court Claim Number: | ACCOUNT NO.:  4469 |
| | CLAIM:  0.00 | |
| SAN ANTONIO, TX  78288-0596 | COMMENT: | |
| **DEPARTMENT STORES NATIONAL BANK** | Trustee Claim Number:50  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:28 | ACCOUNT NO.:  4450 |
| PO BOX 657 | | |
| | CLAIM:  849.66 | |
| KIRKLAND, WA  98083-0657 | COMMENT:  MACYS | |

| Creditor | Trustee/Court Claim | Credit Info |
|---|---|---|
| **MIDLAND CREDIT MANAGEMENT INC - AGENT -** PO BOX 2036<br><br>WARREN, MI 48090 | Trustee Claim Number:51 INT %: 0.00%<br>Court Claim Number:3<br><br>CLAIM: 236.50<br>COMMENT: NT/SCH*JUDGMENT*MJ-05213~10/07*SBC | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9454 |
| **JAMES C WARMBRODT ESQ** KML LAW GROUP PC<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA 19106 | Trustee Claim Number:52 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: M AND T BANK~LAKEVIEW LN/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **WELLS FARGO BANK** 1000 BLUE GENTIAN RD<br><br>EAGAN, MN 55121 | Trustee Claim Number:53 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: RMVD /AMD SCH D | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 7066 |
| **US DEPARTMENT OF EDUCATION\*\*** C/O ECMC(\*)<br>LOCK BOX 8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number:54 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED  (S)<br>ACCOUNT NO.: |
| **US DEPARTMENT OF EDUCATION\*\*** C/O ECMC(\*)<br>LOCK BOX 8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number:55 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED  (S)<br>ACCOUNT NO.: |
| **UPMC PHYSICIAN SERVICES** C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:56 INT %: 0.00%<br>Court Claim Number:14<br><br>CLAIM: 147.71<br>COMMENT: NO ACCT/SCH@CID 46 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3247 |
| **UPMC HEALTH SERVICES** C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:57 INT %: 0.00%<br>Court Claim Number:15<br><br>CLAIM: 900.00<br>COMMENT: NO ACCT/SCH@CID 46 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4117 |
| **LVNV FUNDING LLC** C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:58 INT %: 0.00%<br>Court Claim Number:24<br><br>CLAIM: 0.00<br>COMMENT: DSLLWD/OE*CL=$5,730.50*ACCT NT/SCH*COMPUCREDIT/FIRST NATL BK OF OMA | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9062 |
| **LAKEVIEW LOAN SERVICING LLC** C/O M & T BANK<br>ATTN TRUSTEE PAYMENT CTR<br>PO BOX 1288<br>BUFFALO, NY 14240-1288 | Trustee Claim Number:59 INT %: 0.00%<br>Court Claim Number:35<br><br>CLAIM: 0.00<br>COMMENT: CL35GOV*RPLCS WELLS@PL/COE *PMT/DECL*DKT4PMT-LMT*M-T BNK/AMD D*BG | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 4734 |
| **LAKEVIEW LOAN SERVICING LLC** C/O M & T BANK<br>ATTN TRUSTEE PAYMENT CTR<br>PO BOX 1288<br>BUFFALO, NY 14240-1288 | Trustee Claim Number:60 INT %: 0.00%<br>Court Claim Number:35<br><br>CLAIM: 461.24<br>COMMENT: CL35GOV*THRU 3/19*RPLCS WELLS@PL/COE | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 4734 |