IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 19-23594-CMB** |
| **Anthony G. Fisher** | ) | **Chapter 13** |
| **Hazel C. Fisher** | ) | **Doc No. ___** |
|    **Debtor** | ) | |
| **Anthony G. Fisher** | ) | |
| **Hazel C. Fisher** | ) | |
|    **Movant** | ) | |
| **vs** | ) | |
|    **No Respondent** | ) | |

### ORDER CONVERTING CASE UNDER CHAPTER 13
### TO CASE UNDER CHAPTER 7, SETTING DEADLINES,
### SCHEDULING STATUS CONFERENCE, AND
### <u>TERMINATING WAGE ATTACHMENT</u>

The debtor has filed a notice of conversion in accordance with 11 U.S.C. §1307(a) converting this case to a case under chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

      It is **ORDERED, ADJUDGED,** and **DECREED** that:

(1) Any party-in-interest that challenges the good faith of the conversion shall, on or before_____file a motion setting forth the basis of the challenge and specifically identifying the relief requested in the event conversion is found not to have been made in good faith.

(2) The wage attachment (s) issued in this case are immediately terminated and the Debtor shall serve a copy of this order on the employer(s).

(3) No later than_____, the Debtor shall file a schedule of all unpaid debts incurred after commencement of the Chapter 13 case and before the conversion as required by Bankruptcy Rule 1019(5)(B)(I).

(4) No later than_____, the Debtor shall file the statements and schedules required by Bankruptcy Rules 1019 (1) (A) & 1007 (b) if such documents have not already been filed.

(5) No later than_____, the Debtor shall file a statement of intention with respect to retention or surrender or property securing consumer debts, are required by 11 U.S.C. §521 (2)(A), and Bankruptcy Rule 1019 (1)(B), and conforming to Official form 8.

(6) The chapter 13 trustee forthwith shall turn over to the chapter 7 trustee all records and property of the estate remaining in the chapter 13 trustee's custody and control, as required by *Bankruptcy Rule 1019(4)*, except that any remaining funds that do not constitute property of the chapter 7 estate shall be returned to the Debtor.

(7) Within 60 days of the date of this Order the chapter 13 trustee shall file an accounting of all receipts and distributions made. Jurisdiction over the chapter 13 trustee's certification of disbursements of funds and final report and account remains assigned to the Honorable _____ Bankruptcy Judge.

(8) No later than_____, the Debtor shall, if the case is converted after the confirmation of plan, file:

    a. a schedule of property not listed in the final report and account of the Chapter 13 trustee which was acquired after the commencement of the Chapter 13 case but before the entry of this conversion order, Bankruptcy Rule 1019 (5)(c)(I);

    b. a schedule of unpaid debts not listed in the Chapter 13 trustee's final report and account, Bankruptcy Rule 1019 (5)(C)(ii); and

    c. a schedule of executory contracts entered or assessed after the commencement of the Chapter 13 case but before the entry of this conversion order, Bankruptcy Rule 1019 (5)(c)(iii), and

The schedule of claimants under (b) of this paragraph shall be filed by entering additional claimants into the CM/ECF system via "Creditor Maintenance." A list of said claimants shall be attached to the Bankruptcy Rule 1019 Report.

**It Is Further Ordered** that if the Debtor fails to file the documents required by Bankruptcy Rule 1019 by the aforesaid dates, a status conference shall be held on _____ at _____, via_____, to determine whether additional relief is necessary to compel compliance with the terms of this Order.

**It Is Further Ordered** that the Clerk shall send the notice requires by Bankruptcy Rule 1019(6) If the reports and schedules per paragraph 3 and 8(b) and 8(c) of this order are filed in time for the Clerk to include post petition creditors in the §341 notice mailing, the Clerk shall so include the post-petition creditors in the §341 notice mailing. If said report and schedules are not filed in time for inclusion of the post-petition creditors in the §341 notice mailing, within (10) days of the filing of said report and schedule, the clerk shall send notice as required by Bankruptcy Rule 1019(6).

**It Is Further Ordered** that within forty-five (45) days of this Order, all chapter 13 fee petitions by any professional shall be self-scheduled and filed with the Clerk of the Bankruptcy Court. The fee petition shall be captioned "Chapter 13 Fee Petition Converted Case" and the hearing shall be self-scheduled on the Chief Judges Carlota M. Bohm chapter 13 motions calendar.

**It Is Further Ordered** that within ten (10) days hereof Counsel for Debtor shall immediately serve a copy of this order on all creditors in the above case and shall file a Certificate of Service with the Clerk of the Bankruptcy Court.

Dated: _____      _____

                                                                Chief Judge Carlota M. Bohm
                                                                United States Bankruptcy Judge