**Form 143**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Anthony G. Fisher**
**Hazel C. Fisher**
  Debtor(s)

Bankruptcy Case No.: 19−20796−CMB

Chapter: 7
Docket No.: 64 − 63

## NOTICE OF TERMINATED TRUSTEE OR ATTORNEY

     Ronda J. Winnecour has been removed as trustee from this case and will not receive any future notifications.

     The docket for this case should be reviewed to determine the reason for removal and for any other information that may be important.

Dated: December 14, 2020

Michael R. Rhodes
Clerk

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 19-20796-CMB |
|---|---|
| Anthony G. Fisher | Chapter 7 |
| Hazel C. Fisher | |
| Debtor(s) | |

## CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: culy | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 14, 2020 | Form ID: 143 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2020:**

**Recip ID                Recipient Name and Address**
tr                        + Ronda J. Winnecour, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219-2702

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2020                    Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2020 at the address(es) listed below:**

**Name                        Email Address**

Brian Nicholas
                        on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com

Bryan P. Keenan
                        on behalf of Joint Debtor Hazel C. Fisher keenan662@gmail.com  melindap662@gmail.com

Bryan P. Keenan
                        on behalf of Debtor Anthony G. Fisher keenan662@gmail.com  melindap662@gmail.com

Keri P. Ebeck
                        on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
                        ustpregion03.pi.ecf@usdoj.gov

Robert Shearer

District/off: 0315-2                                    User: culy                                              Page 2 of 2
Date Rcvd: Dec 14, 2020                          Form ID: 143                                     Total Noticed: 1

information@robertshearer.com  rshearer@ecf.axosfs.com;rspclaw@gmail.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 8