| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Anthony G. Fisher** | Social Security number or ITIN | xxx–xx–3247 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Hazel C. Fisher** | Social Security number or ITIN | xxx–xx–4117 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | Date case filed in chapter **13** | 3/1/19 |
| Case number: | **19–20796–CMB** | Date case converted to chapter **7** | 12/14/20 |

Official Form 309B (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**                                    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Anthony G. Fisher | Hazel C. Fisher |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 513 Ocala Street<br>East Mc Keesport, PA 15035 | 513 Ocala Street<br>East Mc Keesport, PA 15035 |
| 4. | **Debtor's attorney**<br>Name and address | Bryan P. Keenan<br>993 Greentree Road<br>Suite 101<br>Pittsburgh, PA 15220 | Contact phone 412–922–5116<br><br>Email: keenan662@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Robert Shearer<br>5703 Brewster Lane<br>Erie, PA 16505 | Contact phone 814 504 2613<br><br>Email: information@robertshearer.com |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**                                    page 1

Debtor **Anthony G. Fisher** and **Hazel C. Fisher**                                                                                                 Case number **19–20796–CMB**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 12/14/20 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 11, 2021 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**341 Meeting will be conducted by phone, please consult the docket or, case trustee for call information.** |
| **8.**       **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 3/12/21** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):**<br>**Deadline for governmental units to file a proof of claim:** | **Filing deadline: 2/22/21**<br><br>**Filing deadline: 8/28/19** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20796-CMB |
| Anthony G. Fisher | Chapter 7 |
| Hazel C. Fisher | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 1 of 4 |
| Date Rcvd: Dec 14, 2020 | Form ID: 309B | Total Noticed: 66 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthony G. Fisher, Hazel C. Fisher, 513 Ocala Street, East Mc Keesport, PA 15035-1215 |
| aty | + | Brian Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Keri P. Ebeck, Bernstein-Burkley, 707 Grant Street, Suite 2200 Gulf Tower, Pittsburgh, PA 15219-1945 |
| aty | | S. James Wallace, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15017905 | + | Affirm Loans, 633 Folsom Street, 7th Floor, San Francisco, CA 94107-3618 |
| 15003465 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 15003446 | + | Eos Cca, Attn: Bankruptcy, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 15003447 | + | First National Bank, Attn: Bankruptcy, 1620 Dodge St Mailstop 4440, Omaha, NE 68197-0002 |
| 15025087 | + | Midland Credit Management, Inc. as agent for, Asset Acceptance LLC, Po Box 2036, Warren MI 48090-2036 |
| 15011785 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 15003453 | | Paypal, PO box 5018, Port Deposit, MD 21904 |
| 15041148 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15041149 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15003462 | | US Department of Education, National Payment Center, PO box 790336, Saint Louis, MO 63179-0336 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: keenan662@gmail.com | Dec 15 2020 03:40:00 | Bryan P. Keenan, 993 Greentree Road, Suite 101, Pittsburgh, PA 15220 |
| tr | + | EDI: QRSHEARER.COM | Dec 15 2020 06:03:00 | Robert Shearer, 5703 Brewster Lane, Erie, PA 16505-1109 |
| smg | | EDI: PENNDEPTREV | Dec 15 2020 06:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 15 2020 03:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Dec 15 2020 06:03:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 15 2020 03:41:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |

Case 19-20796-CMB    Doc 71    Filed 12/16/20    Entered 12/17/20 00:55:36    Desc Imaged
                              Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: culy | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 14, 2020 | Form ID: 309B | Total Noticed: 66 |

| Recip | Method | Date/Time | Name/Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion03.pi.ecf@usdoj.gov | Dec 15 2020 03:41:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| cr | + Email/Text: kburkley@bernsteinlaw.com | Dec 15 2020 03:41:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + EDI: PRA.COM | Dec 15 2020 06:03:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + EDI: DRIV.COM | Dec 15 2020 06:03:00 | Santander Consumer USA, Inc., successor in interes, P.O. Box 961245, Ft Worth, TX 76161-0244 |
| 15003439 | + Email/Text: backoffice@affirm.com | Dec 15 2020 03:41:00 | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 15003440 | + EDI: CAPITALONE.COM | Dec 15 2020 06:03:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15030090 | EDI: CAPITALONE.COM | Dec 15 2020 06:03:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15045788 | EDI: BL-BECKET.COM | Dec 15 2020 06:03:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15003441 | + EDI: WFNNB.COM | Dec 15 2020 06:03:00 | Comenity Bank/Giant Eagle, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15003442 | + EDI: WFNNB.COM | Dec 15 2020 06:03:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15003443 | EDI: WFNNB.COM | Dec 15 2020 06:03:00 | Comenitycb/tigerd, Attn: Bankruptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 15044785 | EDI: CRFRSTNA.COM | Dec 15 2020 06:03:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 15003444 | + EDI: CRFRSTNA.COM | Dec 15 2020 06:03:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 15003445 | + Email/PDF: creditonebknotifications@resurgent.com | Dec 15 2020 04:02:24 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15048091 | EDI: Q3G.COM | Dec 15 2020 06:03:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15032438 | EDI: ECMC.COM | Dec 15 2020 06:03:00 | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 15003448 | + EDI: AMINFOFP.COM | Dec 15 2020 06:03:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15032930 | Email/Text: GOLF_STBankruptcy@gatewayonelending.com | Dec 15 2020 03:40:00 | Gateway One Lending & Finance, LLC, 175 N Riverview Drive, Anaheim, CA 92808 |
| 15003449 | Email/Text: GOLF_STBankruptcy@gatewayonelending.com | Dec 15 2020 03:40:00 | Gateway One Lending Finance, 160 N. Riverview Drive, Suite 100, Anaheim, CA 92808 |
| 15003450 | + Email/Text: PBNCNotifications@peritusservices.com | Dec 15 2020 03:40:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 15160179 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 15 2020 04:07:06 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15041910 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 15 2020 04:02:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15050034 | Email/Text: camanagement@mtb.com | Dec 15 2020 03:40:00 | Lakeview Loan Servicing LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15048090 | + Email/Text: camanagement@mtb.com | Dec 15 2020 03:40:00 | M & T Bank, P.O Box 1288, Baltimore, MD |

Case 19-20796-CMB   Doc 71    Filed 12/16/20    Entered 12/17/20 00:55:36    Desc Imaged
                              Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: culy | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 14, 2020 | Form ID: 309B | Total Noticed: 66 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 21264-0001 |
| 15003451 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 15 2020 04:02:14 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15003452 | + | EDI: NFCU.COM | Dec 15 2020 06:03:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 15017907 | | EDI: PRA.COM | Dec 15 2020 06:03:00 | Portfolio Recovery Assoc. LLC, Re: Dicks Sporting Goods, 120 Corporate Blvd, Norfolk, PA 23502 |
| 15047173 | | EDI: PRA.COM | Dec 15 2020 06:03:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15040091 | + | EDI: JEFFERSONCAP.COM | Dec 15 2020 06:03:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15045518 | | EDI: Q3G.COM | Dec 15 2020 06:03:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15049777 | + | Email/Text: bncmail@w-legal.com | Dec 15 2020 03:41:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 15214181 | + | EDI: DRIV.COM | Dec 15 2020 06:03:00 | Santander Consumer USA successor in, interest to Gateway One Lending, & Finance, LLC (Gateway), P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 15048646 | + | EDI: RMSC.COM | Dec 15 2020 06:03:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15004209 | + | EDI: RMSC.COM | Dec 15 2020 06:03:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15003455 | + | EDI: RMSC.COM | Dec 15 2020 06:03:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15003456 | + | EDI: RMSC.COM | Dec 15 2020 06:03:00 | Synchrony Bank/Banana Republic, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15003457 | + | EDI: RMSC.COM | Dec 15 2020 06:03:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15003459 | + | EDI: RMSC.COM | Dec 15 2020 06:03:00 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15003458 | + | EDI: RMSC.COM | Dec 15 2020 06:03:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15003460 | + | EDI: RMSC.COM | Dec 15 2020 06:03:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15003461 | + | EDI: ECMC.COM | Dec 15 2020 06:03:00 | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 15017904 | + | Email/Text: BankruptcyNotice@upmc.edu | Dec 15 2020 03:41:00 | UPMC, 200 Lothrop Street, Pittsburgh, PA 15213-2536 |
| 15105384 | | EDI: ECMC.COM | Dec 15 2020 06:03:00 | US Department of Education, PO BOX 16448, St. Paul, MN 55116-0448 |
| 15003463 | + | EDI: ECMC.COM | Dec 15 2020 06:03:00 | US Department of Education, PO Box 5609, Greenville, TX 75403-5609 |
| 15003464 | + | EDI: USAA.COM | Dec 15 2020 06:03:00 | Usaa Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 15017906 | + | EDI: VERIZONCOMB.COM | Dec 15 2020 06:03:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |
| 15003466 | + | EDI: WFFC.COM | | |

|  |  |  |
|---|---|---|
| Dec 15 2020 06:03:00 | Wells Fargo Bank, PO Box 348750, Sacramento, CA 95834-8750 |

TOTAL: 53

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Lakeview Loan Servicing LLC |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15047346 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15003454 | ##+ | Paypal Credit MC, PO Box 105658, Atlanta, GA 30348-5658 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 16, 2020                Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Joint Debtor Hazel C. Fisher keenan662@gmail.com melindap662@gmail.com |
| Bryan P. Keenan | on behalf of Debtor Anthony G. Fisher keenan662@gmail.com melindap662@gmail.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert Shearer | information@robertshearer.com rshearer@ecf.axosfs.com;rspclaw@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 8