Case 19-20796-CMB    Doc 76    Filed 12/21/20    Entered 12/21/20 22:28:26    Desc Main
Document      Page 1 of 4

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ANTHONY G. FISHER<br>HAZEL C. FISHER<br>  Debtor(s)<br><br>Ronda J. Winnecour<br>  Movant<br>  vs.<br>No Respondents. | Case No.:19-20796<br><br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 03/01/2019 and confirmed on 05/06/2019. The case was subsequently        (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 37,255.00 |
| Less Refunds to Debtor | 18.62 | |
| TOTAL AMOUNT OF PLAN FUND | | 37,236.38 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,500.00 | |
|   Trustee Fee | 1,896.79 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,396.79 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   WELLS FARGO BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7066 | | | | |
|   WELLS FARGO BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7066 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 9,534.44 | 0.00 | 9,534.44 |
|     Acct: 4734 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 461.24 | 0.00 | 0.00 | 0.00 |
|     Acct: 4734 | | | | |
|   SANTANDER CONSUMER USA** | 6,187.80 | 6,187.80 | 328.96 | 6,516.76 |
|     Acct: 8795 | | | | |
| | | | | 16,051.20 |
| Priority | | | | |
|   BRYAN P KEENAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ANTHONY G. FISHER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRYAN P KEENAN & ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| BRYAN P KEENAN ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ANTHONY G. FISHER | 18.62 | 18.62 | 0.00 | 0.00 |
| Acct: | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| NAVY FEDERAL CREDIT UNION* | 8,582.55 | 0.00 | 0.00 | 0.00 |
| Acct: 5071 | | | | |
| US DEPARTMENT OF EDUCATION | 0.00 | 13,590.24 | 0.00 | 13,590.24 |
| Acct: 3247 | | | | |
| ECMC(*) | 0.00 | 2,198.15 | 0.00 | 2,198.15 |
| Acct: 4117 | | | | |
| US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AFFIRM FINANCING LOAN++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: YTSR | | | | |
| AFFIRM FINANCING LOAN++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: MW54 | | | | |
| AFFIRM FINANCING LOAN++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: TUFN | | | | |
| AFFIRM FINANCING LOAN++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: QBFC | | | | |
| AFFIRM FINANCING LOAN++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: K2JF | | | | |
| AFFIRM FINANCING LOAN++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 3,063.50 | 0.00 | 0.00 | 0.00 |
| Acct: 8521 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 761.92 | 0.00 | 0.00 | 0.00 |
| Acct: 6092 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 510.42 | 0.00 | 0.00 | 0.00 |
| Acct: 7310 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENITY | 2,242.13 | 0.00 | 0.00 | 0.00 |
| Acct: 5195 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENITY | 993.98 | 0.00 | 0.00 | 0.00 |
| Acct: 1130 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENITY | 690.36 | 0.00 | 0.00 | 0.00 |
| Acct: 0086 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6438 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4220 | | | | |
| CREDIT FIRST NA* | 1,415.17 | 0.00 | 0.00 | 0.00 |
| Acct: 4117 | | | | |
| LVNV FUNDING LLC | 1,499.36 | 0.00 | 0.00 | 0.00 |
| Acct: 6076 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6597 | | | | |
| S JAMES WALLACE ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC | 822.49 | 0.00 | 0.00 | 0.00 |
| Acct: 4840 | | | | |
| LVNV FUNDING LLC | 504.92 | 0.00 | 0.00 | 0.00 |
| Acct: 0697 | | | | |
| EOS CCA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0794 | | | | |

Case 19-20796-CMB    Doc 76    Filed 12/21/20    Entered 12/21/20 22:28:26    Desc Main
Document    Page 3 of 4

19-20796                    **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**                    Page 3 of 4

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|    FIRST NATIONAL BANK OF OMAHA(*) | 1,013.80 | 0.00 | 0.00 | 0.00 |
|      Acct: 5261 | | | | |
|    PREMIER BANKCARD LLC; JEFFERSON C/ | 936.90 | 0.00 | 0.00 | 0.00 |
|      Acct: 1522 | | | | |
|    PREMIER BANKCARD LLC; JEFFERSON C/ | 899.29 | 0.00 | 0.00 | 0.00 |
|      Acct: 1038 | | | | |
|    PREMIER BANKCARD LLC; JEFFERSON C/ | 522.30 | 0.00 | 0.00 | 0.00 |
|      Acct: 8218 | | | | |
|    PREMIER BANKCARD LLC; JEFFERSON C/ | 701.25 | 0.00 | 0.00 | 0.00 |
|      Acct: 0140 | | | | |
|    CAPITAL ONE NA** | 655.98 | 0.00 | 0.00 | 0.00 |
|      Acct: 1263 | | | | |
|    CAPITAL ONE NA** | 559.43 | 0.00 | 0.00 | 0.00 |
|      Acct: 3483 | | | | |
|    MERRICK BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 2637 | | | | |
|    MERRICK BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 5433 | | | | |
|    LVNV FUNDING LLC | 2,307.01 | 0.00 | 0.00 | 0.00 |
|      Acct: 4258 | | | | |
|    PAYPAL CREDIT++ | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    PRA/PORTFOLIO RECOVERY ASSOC | 387.33 | 0.00 | 0.00 | 0.00 |
|      Acct: 9707 | | | | |
|    SYNCHRONY BANK | 181.58 | 0.00 | 0.00 | 0.00 |
|      Acct: 2520 | | | | |
|    PRA/PORTFOLIO RECOVERY ASSOC | 1,574.87 | 0.00 | 0.00 | 0.00 |
|      Acct: 7517 | | | | |
|    PRA/PORTFOLIO RECOVERY ASSOC | 687.56 | 0.00 | 0.00 | 0.00 |
|      Acct: 8519 | | | | |
|    SYNCHRONY BANK | 154.62 | 0.00 | 0.00 | 0.00 |
|      Acct: 6597 | | | | |
|    PRA/PORTFOLIO RECOVERY ASSOC | 1,815.18 | 0.00 | 0.00 | 0.00 |
|      Acct: 5979 | | | | |
|    PRA/PORTFOLIO RECOVERY ASSOC | 380.89 | 0.00 | 0.00 | 0.00 |
|      Acct: 7720 | | | | |
|    UPMC HEALTH SERVICES | 150.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 3247 | | | | |
|    USAA FEDERAL SAVINGS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 7468 | | | | |
|    USAA FEDERAL SAVINGS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 4469 | | | | |
|    DEPARTMENT STORES NATIONAL BANK | 849.66 | 0.00 | 0.00 | 0.00 |
|      Acct: 4450 | | | | |
|    MIDLAND CREDIT MANAGEMENT INC - AGI | 236.50 | 0.00 | 0.00 | 0.00 |
|      Acct: 9454 | | | | |
|    UPMC PHYSICIAN SERVICES | 147.71 | 0.00 | 0.00 | 0.00 |
|      Acct: 3247 | | | | |
|    UPMC HEALTH SERVICES | 900.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 4117 | | | | |
|    LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 9062 | | | | |
|    KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| | | | | | 15,788.39 |

TOTAL PAID TO CREDITORS                                                                                   31,839.59

TOTAL CLAIMED
PRIORITY              0.00
SECURED           6,649.04
UNSECURED        36.148.66


Date: 12/21/2020                                            /s/ Ronda J. Winnecour
                                                            RONDA J WINNECOUR PA ID #30399
                                                            CHAPTER 13 TRUSTEE WD PA
                                                            600 GRANT STREET
                                                            SUITE 3250 US STEEL TWR
                                                            PITTSBURGH, PA  15219
                                                            (412) 471-5566
                                                            cmecf@chapter13trusteewdpa.com