# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 19-20796-CMB** |
| **Anthony G. Fisher** | ) | **Chapter 7** |
| **Hazel C. Fisher** | ) | **Doc No. ___** |
| **Debtors** | ) | |
| **Hazel C. Fisher** | ) | |
| **Movants** | ) | |
| **v.** | ) | |
| **Kreinbrook Psychological Services** | ) | |
| **Respondent** | ) | |

## CERTIFICATE OF SERVICE FOR DEBTORS
## AMENDED COVER SHEET, AMENDED SCHEDULE F, TEXT ORDER

I, Bryan P. Keenan, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on February 19, 2021

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail.**

**1.) Service by Electronic Mail--**
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov

**1.) Service by First Class Mail--**
a. **Kreinbrook Psychological Services, 40 Huff Avenue, Greensburg, PA 15601**

b. **Robert Shearer, Robert Shearer, Bankruptcy Trustee, 5703 Brewster Lane Erie, PA 16505**

Executed on: February 23, 2021          **/s/ Bryan P. Keenan**
                                        Bryan P. Keenan, PA ID No. 89053
                                        Bryan P. Keenan & Associates P.C.
                                        Attorney for Debtor
                                        993 Greentree Road, Suite 101
                                        Pittsburgh, PA 15220
                                        (412) 922-5116
                                        keenan662@gmail.com