# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 19-20796-CMB** |
| **Anthony G. Fisher** | ) | **Chapter 13** |
| **Hazel C. Fisher** | ) | **Doc No. ___** |
| **Debtors** | ) | |
| **Hazel C. Fisher** | ) | |
| **Movants** | ) | |

## NOTICE OF CHANGE OF ADDRESS

TO THE CLERK of the U.S. Bankruptcy Court:

1. Please be advised that the debtor, Hazel Fisher, is no longer receiving mail at the following address:

> Hazel Fisher
> 513 Ocala Street
> East Mc Keesport, PA 15035

2. The new mailing address of the debtor, Hazel Fisher, is as follows:

> Hazel C. Fisher
> Anthony G. Fisher (Deceased)
> 927 Indiana Avenue
> Glassport, PA  15045

**WHEREFORE**, the Debtor requests that the Clerk update the Debtor's address.

Respectfully submitted,

**Date: May 17, 2021**         **/s/ Bryan P. Keenan             .**
**Bryan P. Keenan, Esquire, PA I.D. No. 89053**
**Bryan P. Keenan & Associates, P.C.**
**Attorneys for the Debtor**
**993 Greentree Road, Suite 101**
**Pittsburgh, PA 15220**
**(412) 922-5116**
**keenan662@gmail.com**