| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Anthony G. Fisher** | Social Security number or ITIN  **xxx–xx–3247** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Hazel C. Fisher** | Social Security number or ITIN  **xxx–xx–4117** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:  **19–20796–CMB** | | |

# Order of Discharge                                            12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Anthony G. Fisher                                    Hazel C. Fisher

                                                     **By the court:**   Carlota M. Bohm
5/26/21                                                                   United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Anthony G. Fisher  
Hazel C. Fisher  
    Debtors

Case No. 19-20796-CMB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: lfin      Page 1 of 4  
Date Rcvd: May 26, 2021      Form ID: 318      Total Noticed: 64

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthony G. Fisher, Hazel C. Fisher, 927 Indiana Avenue, Glassport, PA 15045-1724 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15017905 | + | Affirm Loans, 633 Folsom Street, 7th Floor, San Francisco, CA 94107-3618 |
| 15003446 | + | Eos Cca, Attn: Bankruptcy, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 15003447 | + | First National Bank, Attn: Bankruptcy, 1620 Dodge St Mailstop 4440, Omaha, NE 68197-0002 |
| 15338106 | + | Kreinbrook Psychological Services, 40 Huff Avenue, Greensburg, PA 15601-5484 |
| 15011785 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 15003453 | | Paypal, PO box 5018, Port Deposit, MD 21904 |
| 15041148 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15041149 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15003462 | | US Department of Education, National Payment Center, PO box 790336, Saint Louis, MO 63179-0336 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QRSHEARER.COM | May 27 2021 03:08:00 | Robert Shearer, 5703 Brewster Lane, Erie, PA 16505-1109 |
| smg | | EDI: PENNDEPTREV | May 27 2021 03:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 27 2021 02:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | May 27 2021 03:08:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 27 2021 02:36:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | May 27 2021 02:39:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | EDI: RECOVERYCORP.COM | May 27 2021 03:08:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | EDI: DRIV.COM | May 27 2021 03:08:00 | Santander Consumer USA, Inc., successor in |

Case 19-20796-CMB   Doc 103   Filed 05/28/21   Entered 05/29/21 00:44:44   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: lfin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 26, 2021 | Form ID: 318 | Total Noticed: 64 |

| Recipient ID | | Delivery Method | Date/Time | Party |
|---|---|---|---|---|
| | | | | interes, P.O. Box 961245, Ft Worth, TX 76161-0244 |
| 15003439 | + | Email/Text: backoffice@affirm.com | May 27 2021 02:39:00 | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 15322051 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 27 2021 01:36:16 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15003440 | + | EDI: CAPITALONE.COM | May 27 2021 03:08:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15030090 | | EDI: CAPITALONE.COM | May 27 2021 03:08:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15045788 | | EDI: BL-BECKET.COM | May 27 2021 03:08:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15003441 | + | EDI: WFNNB.COM | May 27 2021 03:08:00 | Comenity Bank/Giant Eagle, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15003442 | + | EDI: WFNNB.COM | May 27 2021 03:08:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15003443 | | EDI: WFNNB.COM | May 27 2021 03:08:00 | Comenitycb/tigerd, Attn: Bankruptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 15044785 | | EDI: CRFRSTNA.COM | May 27 2021 03:08:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 15003444 | + | EDI: CRFRSTNA.COM | May 27 2021 03:08:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 15003445 | + | Email/PDF: creditonebknotifications@resurgent.com | May 27 2021 01:38:29 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15003465 | | EDI: CITICORP.COM | May 27 2021 03:08:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 15048091 | | EDI: Q3G.COM | May 27 2021 03:08:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15032438 | | EDI: ECMC.COM | May 27 2021 03:08:00 | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 15003448 | + | EDI: AMINFOFP.COM | May 27 2021 03:08:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15003449 | | Email/Text: GOLF_STBankruptcy@gatewayonelending.com | May 27 2021 02:34:00 | Gateway One Lending Finance, 160 N. Riverview Drive, Suite 100, Anaheim, CA 92808 |
| 15032930 | | Email/Text: GOLF_STBankruptcy@gatewayonelending.com | May 27 2021 02:34:00 | Gateway One Lending & Finance, LLC, 175 N Riverview Drive, Anaheim, CA 92808 |
| 15003450 | + | Email/Text: PBNCNotifications@peritusservices.com | May 27 2021 02:34:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 15160179 | | Email/PDF: resurgentbknotifications@resurgent.com | May 27 2021 01:38:42 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15041910 | | Email/PDF: resurgentbknotifications@resurgent.com | May 27 2021 01:38:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15050034 | | Email/Text: camanagement@mtb.com | May 27 2021 02:35:00 | Lakeview Loan Servicing LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15048090 | + | Email/Text: camanagement@mtb.com | May 27 2021 02:35:00 | M & T Bank, P.O Box 1288, Baltimore, MD 21264-0001 |
| 15322050 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 27 2021 01:38:13 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15003451 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | May 27 2021 01:36:15 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15025087 | + | EDI: MID8.COM | May 27 2021 03:08:00 | Midland Credit Management, Inc. as agent for, Asset Acceptance LLC, Po Box 2036, Warren MI 48090-2036 |
| 15003452 | + | EDI: NFCU.COM | May 27 2021 03:08:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 15017907 | | EDI: PRA.COM | May 27 2021 03:08:00 | Portfolio Recovery Assoc. LLC, Re: Dicks Sporting Goods, 120 Corporate Blvd, Norfolk, PA 23502 |
| 15047173 | | EDI: PRA.COM | May 27 2021 03:08:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15040091 | + | EDI: JEFFERSONCAP.COM | May 27 2021 03:08:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15045518 | | EDI: Q3G.COM | May 27 2021 03:08:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15049777 | + | Email/Text: bncmail@w-legal.com | May 27 2021 02:38:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 15214181 | + | EDI: DRIV.COM | May 27 2021 03:08:00 | Santander Consumer USA successor in, interest to Gateway One Lending, & Finance, LLC (Gateway), P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 15048646 | + | EDI: RMSC.COM | May 27 2021 03:08:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15004209 | + | EDI: RMSC.COM | May 27 2021 03:08:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15003455 | + | EDI: RMSC.COM | May 27 2021 03:08:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15003456 | + | EDI: RMSC.COM | May 27 2021 03:08:00 | Synchrony Bank/Banana Republic, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15003457 | + | EDI: RMSC.COM | May 27 2021 03:08:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15003459 | + | EDI: RMSC.COM | May 27 2021 03:08:00 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15003458 | + | EDI: RMSC.COM | May 27 2021 03:08:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15003460 | + | EDI: RMSC.COM | May 27 2021 03:08:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15003461 | + | EDI: ECMC.COM | May 27 2021 03:08:00 | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 15017904 | + | Email/Text: BankruptcyNotice@upmc.edu | May 27 2021 02:38:00 | UPMC, 200 Lothrop Street, Pittsburgh, PA 15213-2536 |
| 15105384 | | EDI: ECMC.COM | May 27 2021 03:08:00 | US Department of Education, PO BOX 16448, St. Paul, MN 55116-0448 |
| 15003463 | + | EDI: ECMC.COM | May 27 2021 03:08:00 | US Department of Education, PO Box 5609, Greenville, TX 75403-5609 |
| 15003464 | + | EDI: USAA.COM | May 27 2021 03:08:00 | Usaa Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 15017906 | + | EDI: VERIZONCOMB.COM | | |

| District/off: 0315-2 | User: lfin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 26, 2021 | Form ID: 318 | Total Noticed: 64 |

| | | | May 27 2021 03:08:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |
|---|---|---|---|---|
| 15003466 | + | EDI: WFFC.COM | | |
| | | | May 27 2021 03:08:00 | Wells Fargo Bank, PO Box 348750, Sacramento, CA 95834-8750 |

TOTAL: 55

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing LLC |
| aty | *+ | Robert Shearer, 5703 Brewster Lane, Erie, PA 16505-1109 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15047346 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15003454 | ##+ | Paypal Credit MC, PO Box 105658, Atlanta, GA 30348-5658 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2021                    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Debtor Anthony G. Fisher keenan662@gmail.com melindap662@gmail.com |
| Bryan P. Keenan | on behalf of Joint Debtor Hazel C. Fisher keenan662@gmail.com melindap662@gmail.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Lakeview Loan Servicing LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert Shearer | information@robertshearer.com rshearer@ecf.axosfs.com;rspclaw@gmail.com |
| Robert Shearer | on behalf of Trustee Robert Shearer information@robertshearer.com rshearer@ecf.axosfs.com;rspclaw@gmail.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 9